# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

THOMAS E. PEREZ, Secretary of
Labor, United States Department
of Labor,

    Petitioner,

v.                                              Case No: 8:16-mc-160-T-30TGW

DTV INSTALL, LLC,

    Respondent.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #12). The Court notes that neither party filed written objections to the Report and Recommendation, and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #12) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.	The Petition (Dkt. #1) is hereby granted as follows: the Respondent is ordered to comply with requests 5, 6, 8, and 10 of the subpoena *duces tecum* served upon it by the Department of Labor, Wage, and Hour Division.  <u>The Respondent shall produce documents to the Department of Labor, Wage, and Hour Division in support of these requests by Wednesday, March 1, 2017</u>.

3.	The Court tolls the statute of limitations by the number of days between October 14, 2016, when the documents were due, and the day the documents are produced.

4.	The Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of February, 2017.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies Furnished To</u>:
Counsel/Parties of Record
Respondent, DTV Install, LLC, c/o Miguel J. Alvarez, 214 Orange Street #35, Auburndale, FL 33823